**Order entered January 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00517-CV

## MALCOLM JOHNSON, Appellant

## V.

## VERONICA POWELL-JOHNSON, Appellee

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-19-12398

## ORDER

Before the Court is appellee's January 19, 2021 unopposed motion for a fourteen-day extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 3, 2021.

/s/     KEN MOLBERG
        JUSTICE